**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| COUNTY OF ALLEGHENY | : No. 30 WAL 2017 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (PARKER) | : |
| | : |
| | : |
| PETITION OF: HAROLD PARKER | : |
| | |
| HAROLD PARKER, | : No. 31 WAL 2017 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| WORKERS' COMPENSATION APPEAL | : |
| BOARD (COUNTY OF ALLEGHENY), | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

   **AND NOW**, this 6ᵗʰ day of June, 2017, the Petition for Allowance of Appeal is

**GRANTED.** The issues, as stated by petitioner, are:


(a.)   Whether the Commonwealth Court erred when it held, without legal precedent, that a workers' compensation claimant's attorney must disgorge and return unreasonable contest attorney's fees if the employer ultimately prevails?

(b.)     Whether the disgorgement and return of unreasonable contest attorney's fees when the employer ultimately prevails is better left to the legislature rather than the courts?